FILE COPY



# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 21, 2014

Dinah L. Gaines
Staff Attorney
Bexar County Civil District Courts
100 Dolorosa, Ste. 1.10
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Nethaneel Jones
#884850
200 N. Comal
San Antonio, TX 78207

Donna Kay McKinney
Bexar County-District Clerk
101 W. Nueva
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:   04-14-00073-CV
     Trial Court Case Number:   2009EM503538
     Style:  Ex Parte Nethaneel Jones

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jennifer Saenz
Deputy Clerk, Ext. 53221

cc: Honorable Nick Catoe Jr.

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-14-00073-CV

**EX PARTE** Nethaneel **JONES**

Original Habeas Corpus Proceeding[1]

### ORDER

Sitting:    Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On February 14, 2014, relator filed a supplemental petition for writ of habeas corpus. The court has considered relator's supplemental petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's supplemental petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 21st, 2014.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009EM503538, styled *In the Interest of K.S.U., A Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe presiding.